UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHER DIVISION

| | |
|---|---|
| KIMBERLY GUNN, etc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-cv-00557-WKW-JTA |
| ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO CONTINUE/REVISE SCHEDULING ORDER**

COMES NOW the plaintiff in the above styled case and respectfully requests the Court to issue an order extending the dates of the scheduling order with respect to expert disclosures, completion of discovery, Daubert motions, and dispositive motions by 30 days. In support thereof, the plaintiff avers as follows:

1. The parties are scheduled to make expert disclosures beginning on February 18, 2020. Particularly, the plaintiff is currently required to disclose on February 18, 2020 and the defendants on March 17, 2020. The parties agree that the plaintiff shall disclose on March 18, 2020 and the defendants on April 18, 2020.

2. All discovery currently is scheduled to be completed on or before April 20, 2020. The parties agree that all discovery shall be completed on or before May 20, 2020.

3. Daubert motions are due to be filed May 19, 2020. The parties agree that Daubert motions shall be due June 19, 2020.

4. Dispositive motions currently are due to be filed on May 19, 2020, responses to dispositive motions are due to be filed on June 9, 2020 and any reply briefs in support of a dispositive motion are due June 16, 2020. The parties agree that dispositive

motions shall be due on June 19, 2020, responses shall be due July 9, 2020 and any reply in support of a dispositive motion shall be due July 16, 2020.

5. The parties have been engaged in discovery, but despite their good faith efforts, will be unable to meet the existing deadlines set out in the most recent Scheduling Order.

6. Plaintiff's counsel has met and conferred with defense counsel, and defense counsel have no objection to this extension of time with respect to the scheduling order. All parties agree that additional time is needed to prepare this matter; the proposed extensions of time as set forth in the previous paragraphs with respect to expert disclosures, the completion of discovery, Daubert motions and dispositive motions are necessary; and no party will be prejudiced by the requested extensions.

7. Accordingly, Plaintiff respectfully requests that the Court grant this motion, and enter an order extending the scheduling order deadlines and amending the most recent scheduling order as set forth herein.

Respectfully submitted,

/s/ Tyrone C. Means
**TYRONE C. MEANS (MEA003)**
**H. LEWIS GILLIS (GIL001)**

**OF COUNSEL:**

MEANS GILLIS LAW, P.C.
60 Commerce Street
Suite 200
Montgomery, Alabama 36104
(334) 270-1033
(334) 260-9396 (fax)
tcmeans@meansgillislaw.com
hlgillis@meansgillislaw.com

Samuel Fisher
Sidney M. Jackson
WIGGINS, CHILDS, PANTAZIS, FISHER
& GOLDFARB, LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone:  (205) 314-0500
Facsimile:  (205) 254-1500
 sf@wigginschilds.com
sjacksonwigginschilds.com


Mark Englehart
Englehart Law Offices
9457 Alysbury Place
Montgomery, Alabama 36117-6005
Telephone:  (334) 782-5258
Facsimile:  (334) 270-8390
jmenglehart@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2020, I have electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification to the following via e-mail:

Randall Morgan
Brad A. Everhardt
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104
rmorgan@hillhillcarter.com
beverhardt@hillhillcarter.com


Tabor R. Novak, Jr.
John W. Marsh
Miland F. Simpler, III
Ball, Ball, Matthews & Novak, P.A.
tnovak@ball-ball.com
msimpler@ball-ball.com
jmarsh@ball-ball.com

          /s/ Tyrone C. Means
          OF COUNSEL