IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY GUNN, as Administratrix of the Estate of Gregory Gunn, deceased,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF MONTGOMERY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   CASE NO. 2:16-CV-557-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 102), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's action against Ernest N. Finley, Jr., individually and in his official capacity as Chief of Police for the City of Montgomery, has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to update the court's electronic record to reflect Chief Finley's dismissal as a defendant.

DONE this 13th day of April, 2020.

                                                      /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE