IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY GUNN, as Administratrix of the Estate of Gregory Gunn, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:16-CV-557-WKW |
| CITY OF MONTGOMERY and Aaron Cody Smith, individually and in his official capacity as a police officer for the City of Montgomery, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **AMENDED ORDER**

The Order entered on April 24, 2020 (Doc. # 105) is AMENDED to clarify that, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 104), which comported with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's action against both remaining Defendants—Aaron Cody Smith and The City of Montgomery—has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

DONE this 29th day of April, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE